DISCIPLINARY COUNSEL *v.* HALE.

[Cite as *Disciplinary Counsel v. Hale,* ___ Ohio St.3d ___, 2016-Ohio-5079.]

(No. 2013-1622—Submitted July 21, 2016—Decided July 25, 2016.)

ON APPLICATION FOR REINSTATEMENT.

_____

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Harland Hanna Hale, Attorney Registration No. 0023464, last known business address in Columbus, Ohio.

{¶ 2} The court coming now to consider its order of November 18, 2014, wherein the court, pursuant to former Gov.Bar R. V(6)(B)(3), suspended respondent from the practice of law for a period of six months, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(D)(1) and that publication be made as provided for in Gov.Bar R. V(17)(D)(2).

{¶ 5} For earlier case, see *Disciplinary Counsel v. Hale*, 141 Ohio St.3d 518, 2014-Ohio-5053, 26 N.E.3d 785.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

_____